# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANTHONY TROBIANO,** *Plaintiff,* v. **FRANK LAGANO, et al.,** *Defendants.* | **Civil Action No. 19-4886(MCA)** **ORDER** |

**THIS MATTER** comes before the Court by way of plaintiff's motion to remand this case to state court, ECF No. 2;

and it appearing that Judge Mannion issued a Report and Recommendation dated July 29, 2019, in which Judge Mannion recommended that this Court deny Plaintiff's motion to remand, ECF. No. 2; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Mannion's Report and Recommendation;

**IT IS** on this 22nd day of October, 2019,

**ORDERED** that Judge Mannion's Report and Recommendation dated July 29, 2019, is **ADOPTED** and Plaintiff's motion to remand ECF. NO. 2 is **DENIED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**